THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Roy Allen Roberts,       
Appellant.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-563  
Submitted July 15, 2003  Filed September 29, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy John 
 W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson; of Columbia, 
 Solicitor Walter M. Bailey, of Summerville; for Respondent.
 
 
 

PER CURIAM:  Roy A. Roberts appeals from a circuit 
 court order accepting guilty pleas for felony DUI involving death, habitual 
 traffic offender and driving under suspension (third offense).  Roberts contends 
 the circuit court erred in accepting the guilty plea because it was conditional.  
 In his separate pro se brief Roberts argues two issues:  (1) the 
 adequacy of his counsels representation and (2) the sufficiency of evidence 
 the State needed to prove.  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Robertss appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.